## M'Nealy *ads*. Morrison.

SLEIGHT, plaintiff's attorney, received a notice of retainer from Smith, in July; in September following he received a like notice from *Bowman*, and twice feemed recognize *him* as the attorney in the fuit, tho' he never ferved him with any declaration, but ferved it on *Smith*, and entered a default for want of a plea, which *Bowman* now moved to fet afide on the above ftatement of facts.

*Per Cur.* It was certainly incumbent on *Sleight* to have told *Bowman*, when he received his notice of retainer, that he had received a fimilar notice from *Smith*.

Let the default be fet afide; the cofts to abide the event of the fuit.